UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-60904-Moore

PAULINA PINEIRA,

    Plaintiff,

v.

BLUESTEM BRANDS, INC.
d/b/a FINGERHUT and
BERMAN & RABIN, P.A.
    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, PAULINA PINEIRA, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, PAULINA PINEIRA and Defendants, BLUESTEM BRANDS, INC., d/b/a FINGERHUT and BERMAN & RABIN, P.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on May 26, 2016, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Kimberly Ann Koves, Esq., kkoves@winandlaw.com, Nadia Malik, Esq., Nadia.Malik@FaegreBD.com, Peter Bedford King, Esq., pking@wiandlaw.com, ncook@wiandlaw.com.

*/s/Lawrence D. Felder, Esq.*
Lawrence D. Felder, Esq.
Florida Bar #: 204498
Lawrence D. Felder, PA
1840 SE 1st Ave.
Ft. Lauderdale, FL 33316
Telephone: (954) 524-8808
Facsimile:  (954) 525-6198
lawrencedfelder@outlook.com
lalkala@aol.com

*Counsel for Plaintiff*